# OPINIONS PER CURIAM, ETC., FROM JANUARY 29 TO JUNE 13, 1906.

No. 1. BOERMAN v. ROSICH ET AL.—Appeal from the District Court of Ponce. Decided January 29, 1906. Appeal dismissed because appellant failed to comply with section 50 of the Rules. *Mr. Llorens* for appellant. *Mr. Boerman* for respondent.

No. 7. NADÀL v. QUIÑONES.—Appeal from the District Court of Ponce. Decided January 29, 1906. Dismissed because of failure of appellant to comply with section 299 of the Code of Civil Procedure and section 50 of the Rules. *Mr. Sepúlveda* for appellant. *Mr. López de Tord* for respondent.

No. 1. EX PARTE SOLARES.—Application for writ of *habeas corpus.* Decided February 7, 1906. Application denied. *Mr. Pesquera* for petitioner. *Mr. Rossy* for The People.

No. 17. A. HARTMAN & Co. ET AL. v. BRENES ET AL.—Appeal from the District Court of Guayama. Decided February 19, 1906. Appeal dismissed because of failure of appellant to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. López Landrón* for appellant. *Mr. Bernardini* for respondent.

No. 24. TORRENTS ET AL. v. BATTISTINI ET AL.—Appeal from